```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21075
   LANDRA MOORHEAD
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3246
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/09/07 and confirmed on 02/01/08.

   2.  The case was dismissed after confirmation, 12/12/2008.

   3.  The Debtor paid a total of $   5600.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 1758.71 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 14050.00 | 864.99 | 2492.89 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1256.21 | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 693.08 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 330.22 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 368.56 | .00 | .00 |
| FOX METRO WATER REC DIST | UNSECURED | 94.04 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JAMES T GATELY | UNSECURED | 765.44 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2000.52 | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 50.00 | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| TOOTH FIXER DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |

```
ROUNDUP FUNDING LLC        UNSECURED         507.22              .00              .00
INTERNAL REVENUE SERVICE UNSECURED            31.08              .00              .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15808.71      1256.21      4840.16          .00      21905.08
PRINCIPAL PAID       2492.89          .00          .00          .00       2492.89
INTEREST PAID         864.99          .00          .00          .00        864.99
TOTAL PAID           3357.88          .00          .00          .00       3357.88
```

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $   3500.00
and was paid $    500.00  direct and $   1927.70  through the plan.

The Trustee received $    314.42 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/12/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 21075 LANDRA MOORHEAD